Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−28238−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nathan R. Harris
   15 Blue Spruce Dr
   Erial, NJ 08081

Social Security No.:
   xxx−xx−2796

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/1/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 1, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-28238-JNP
Nathan R. Harris                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1           Date Rcvd: Dec 01, 2017
                              Form ID: 148         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db            +Nathan R. Harris,   15 Blue Spruce Dr,   Erial, NJ 08081-5267
516408917     +Kivitz McKeever Lee, PC,   701 Market St, Ste 5000,   Philadelphia, PA 19106-1541
516408918     +Lakeview Loan Servicing, LLC,   Attn: KML Law Group, PC,   216 Haddon Ave, Ste 406,
               Westmont, NJ 08108-2812
516496822    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
516408920     +State of New Jersey,   PO Box 283,   Trenton, NJ 08602-0283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 02 2017 00:24:45     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 02 2017 00:24:41     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516408916      EDI: IRS.COM Dec 02 2017 00:08:00     Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114
516456481      E-mail/Text: camanagement@mtb.com Dec 02 2017 00:24:31     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
516408919      E-mail/Text: camanagement@mtb.com Dec 02 2017 00:24:31     M&T Bank,   PO Box 844,
               Buffalo, NY 14240
516414665      EDI: RMSC.COM Dec 02 2017 00:08:00     Synchrony Bank,
               c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
516443919      EDI: WFFC.COM Dec 02 2017 00:08:00     Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
               Irvine, CA 92623-9657
516408921     +EDI: WFFC.COM Dec 02 2017 00:08:00     Wells Fargo Dealer Services,   Po Box 3569,
               Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516451301*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Nathan R. Harris ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
                                                                                              TOTAL: 4